

# Fourth Court of Appeals
## San Antonio, Texas

June 6, 2019

No. 04-19-00347-CV

**IN THE INTEREST OF L.J.G., S.A.M., AND A.C.F.**,
Appellant

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00420
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal of the trial court's order terminating Appellant's parental rights to the children, the reporter's record was due on May 31, 2019. *See* TEX. R. APP. P. 35.1(b).

On June 4, 2019, court reporter Elva G. Chapa filed a notification of late reporter's record. She indicated her other duties preclude her from working on the record, and she expects to file the record by June 24, 2019.

The reporter's motion for extension of time to file the reporter's record is GRANTED IN PART. The reporter's record is due on June 10, 2019. *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

The child's "need for permanence is the paramount consideration for the child's present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). This court must render its decision "with the least possible delay," and any further delays in obtaining the reporter's record will hinder this court in its duty. *See* TEX. R. APP. P. 35.3(c); *In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a)).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of June, 2019.



Keith E. Hottle,
Clerk of Court